IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Vera

Printed: 8/26/08

Case Number: 04 B 27104
Judge: Hollis, Pamela S
Filed: 7/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: June 13, 2008
Confirmed: November 1, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,645.00 |  |
| Secured: |  | 12,961.01 |
| Unsecured: |  | 409.79 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 860.69 |
| Other Funds: |  | 213.51 |
| Totals: | 16,645.00 | 16,645.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,200.00 | 2,200.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Capital One Auto Finance | Secured | 7,632.47 | 7,632.47 |
| 6. | HomEq Servicing Corp | Secured | 5,540.92 | 5,328.54 |
| 7. | Illinois Student Assistance Commission | Unsecured | 56.82 | 56.82 |
| 8. | Capital One | Unsecured | 35.33 | 35.33 |
| 9. | Capital One Auto Finance | Unsecured | 291.72 | 291.72 |
| 10. | Comcast Cablevision | Unsecured | 25.92 | 25.92 |
| 11. | First Card | Unsecured |  | No Claim Filed |
| 12. | Carson Pirie Scott & Co | Unsecured |  | No Claim Filed |
| 13. | CitiFinancial | Unsecured |  | No Claim Filed |
| 14. | CB USA | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 17. | Encore | Unsecured |  | No Claim Filed |
| 18. | The Ramsey Law Firm | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 15,783.18 | $ 15,570.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 188.49 |
| 4% | 51.00 |
| 3% | 38.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Robinson, Vera

Printed:  8/26/08

Case Number:  04 B 27104
Judge:  Hollis, Pamela S
Filed:  7/21/04

|      |        |
|------|--------|
| 5.5% | 210.37 |
| 5%   | 42.50  |
| 4.8% | 122.40 |
| 5.4% | 207.67 |
|      | _____ |
|      | $ 860.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

